**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | : |
| | : |
| *v.* | : |
| | :  Crim. No. 21-MJ-0041(CJN) |
| MICHAEL CURZIO, | : |
| | : |
| *Defendant.* | : |

**SUPPLEMENT TO DEFENDANT'S MOTION FOR MODIFICATION**
**OF PRETRIAL DETENTION ORDER AND**
**<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

Defendant Michael Curzio ("Curzio"), by and though undersigned counsel, hereby submits the attached Supplement to his Motion for Modification of Pretrial Detention Order and respectfully moves this Honorable Court to consider the Supplement when ruling upon his Motion. The Supplement (Exhibit 1) was inadvertently omitted from the original filing.

**Dated**: Washington, DC

February 14, 2021                                **BALAREZO LAW**

                                                                /s/
                                    By: _____
                                                A. Eduardo Balarezo, Esq.
                                                D.C. Bar # 462659
                                                400 Seventh Street, NW; Suite 306
                                                Washington, DC  20004
                                                Tel. 202-639-0999
                                                Fax. 202-639-0899

                                                *Counsel for Defendant Michael Curzio*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2021, I caused a true and correct copy of the foregoing Defendant's Supplement to Motion for Modification of Pre-Trial Detention Order and Memorandum of Points and Authorities in Support Thereof to be delivered to the parties in this matter via Electronic Case Filing (ECF).

/s/
_____
A. Eduardo Balarezo