AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-MJ-00012 |
| Michael Thomas Curzio | ) Assigned to: Judge G. Michael Harvey |
| | ) Assigned Date: 1/7/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| _Defendant_ | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Michael Thomas Curzio

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/07/2021

G. Michael Harvey
2021.01.07 20:09:17 -05'00'

_Issuing officer's signature_

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 1/11/2021, and the person was arrested on _(date)_ 1/14/2021
at _(city and state)_ Summerfield, FL.

Date: 1/15/2021

_Arresting officer's signature_

CRAIG ARNEY SPECIAL AGENT
_Printed name and title_